IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JESSE LOUIS KAISER, | ) | |
| | ) | |
| Plaintiff, | ) | No. C19-0049-LTS |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| ANTHONY R. MORFITT, | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Jesse Louis Kaiser, take nothing and this complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(A).

Dated: May 6, 2019     ROBERT L. PHELPS
                       Clerk

                       /s/ des
                       (By) Deputy Clerk