IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

CEDAR RAPIDS DIVISION

RECEIVED

MAY 3 1 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Jesse Louis Kaiser

C/O: 1400 Dale Bumers Rd.

P.O. Box 9000

Forest City Arkansas [72336]

-vs-

Cause No: 19CV49-LTS

RE:

UNITED STATES OF AMERICA, et, al.

D/B/A: Anthony R. Morfitt

111 7th Ave S.E. Box #1

Cedar Rapids Iowa [52401]

NOTICE OF APPEAL

I Jesse Louis Kaiser hereby give notice to U.S.D.C for Northern District of Iowa Cedar Rapids Division the decision given for Cause Number C19-0049-LTS to the U.S. Courts of Appeals 8th Circuit. An enclosed copy of the order has been given as an Exhibit as well.

Respectfully

*Jesse-Louis: Kaiser*

Jesse Louis Kaiser

CERTIFICATE OF SERVICE

I, Jesse Louis Kaiser have sent the Notice of Appeal as follows:

U.S. District Court

Northern District of Iowa

111 Seventh Avenue SE

Cedar Rapids, IA 52401-2101

Via regular U.S. Mail on this 31 day of May, 2019.

*Jesse-Louis: Kaiser*

Jesse Louis Kaiser