RECEIVED

MAY 3 1 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

EXHIBIT "A"

COPY OF ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JESSE LOUIS KAISER, | ) | |
| | ) | |
| Plaintiff, | ) | No. C19-0049-LTS |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| ANTHONY R. MORFITT, | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Jesse Louis Kaiser, take nothing and this complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(A).

Dated: May 6, 2019

ROBERT L. PHELPS
Clerk

/s/ des
(By) Deputy Clerk

## Other Orders/Judgments

1:19-cv-00049-LTS-MAR Kaiser v. Morfit  CASE CLOSED on 05/06/2019

U.S. District Court

Northern District of Iowa

**Notice of Electronic Filing**

The following transaction was entered on 5/6 2019 at 2:57 PM CDT and filed on 5/6/2019
**Case Name:**      Kaiser v. Morfitt
**Case Number:**    1:19-cv-00049-LTS-MAR
**Filer:**
**WARNING: CASE CLOSED on 05/06/2019**
**Document Number:** 5

**Docket Text:**
**JUDGMENT in favor of Defendant Anthony R Morfitt and Plaintiff Jesse Louis Kaiser.
Plaintiff take nothing and this complaint is dismissed frivolous pursuant to 28 U.S.C.
§ 1915(A). Signed by Clerk on 5/6/2019. (copy w/nef to pro se filer) (des)**

1:19-cv-00049-LTS-MAR Notice has been electronically mailed to:

1:19-cv-00049-LTS-MAR Notice has been delivered by other means to:

Jesse Louis Kaiser
4609 Marsue Circle NE
Cedar Rapids, IA 52402

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date  5   2019] [File      08281-0]
[8fdaf88eef3ad953e58fd562d334ac460687c  9  ab9e4293c1       1a532d7
e404f5e3111de28c769623af6d80afcced9ccc 7  173397d020