# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2159
_____

Jesse Louis Kaiser

Plaintiff - Appellant

v.

Anthony R. Morfitt

Defendant - Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:19-cv-00049-LTS)
_____

**JUDGMENT**

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

September 13, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans