# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2159

Jesse Louis Kaiser

Appellant

v.

Anthony R. Morfitt

Appellee

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:19-cv-00049-LTS)

___

**MANDATE**

In accordance with the judgment of 09/13/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 20, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit